IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA



IN RE:

MISCELLANEOUS ITEMS REMAINING IN
THE REGISTRY OF THE COURT FOR
FIVE YEARS UNCLAIMED.

ORDER

AND NOW, This __7th__ day of __Oct.__, 2009, on reading and filing the certificate of the Clerk of this Court and the schedule thereto annexed; and in pursuance of Title 28, U.S.C., Section 2042, it is,

ORDERED that the Clerk transfer from the registry of the Court the sum of ONE THOUSAND TWO HUNDRED DOLLARS, being the total amount shown in the annexed schedule of miscellaneous items remaining in the registry unclaimed by the persons entitled thereto, and pay the same to the Treasurer of the United States.

BY THE COURT:

_____
Hon. Marilyn L. Huff
U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IN RE:

MISCELLANEOUS ITEMS REMAINING IN
THE REGISTRY OF THE COURT FOR
FIVE YEARS UNCLAIMED.

## CERTIFICATE

I, W. SAMUEL HAMRICK, JR., Clerk of the United States District Court for the Southern District of California, DO HEREBY CERTIFY that the attached schedule contains a complete statement of all monies in the registry of the court to which the right to withdraw has been adjudicated or is not in dispute; and that such monies have remained deposited for at least five years unclaimed by the person entitled thereto.

9/2/09
Date

W. Samuel Hamrick, Jr.
Clerk of Court